**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy: Bernique Abiakam                    Date: October 31, 2013
Court Reporter: Terri Lindblom
Probation Officer: Katrina Devine
Interpreter: Marcela Salazar

Criminal Action No. 11-cr-00412-MSK

*Parties*:                                           *Counsel*:

UNITED STATES OF AMERICA,                            James Boma

    Plaintiff,

v.

JULIO MARES-RUIZ,                                    Mark Johnson

    Defendant.

---

### SENTENCING MINUTES
---

**10:33 a.m.   Court in session**.

Court calls case.  Appearances of counsel.  Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on July 23, 2013.  Defendant pled guilty to Counts One, Thirteen, and Fifteen of the Superseding Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do** request departure.

Statements made by the Government.

Defense counsel and the Defendant are given the opportunity to make statements.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:** **United States' Motion For Preliminary Order Of Forfeiture Only As To Defendant Julio Mares-Ruiz (Filed 7/24/13; Doc. No. 608) is GRANTED as reflected on the record.**

**ORDER:** **Motion By Defendant Mares-Ruiz For Departures From The Advisory Guideline Calculation (Filed 10/2/13; Doc. No. 656) is GRANTED as reflected on the record.**

**ORDER:** **Motion By Defendant Mares-Ruiz For Variant Sentence Pursuant To §3553(A) Factors (Filed 10/2/13; Doc. No. 657) is GRANTED as reflected on the record.**

**ORDER:** **Unopposed Motion To Dismiss With Prejudice Count Six Of The Superseding Indictment As To This Defendant Only At The Conclusion Of His Sentencing Hearing (Filed 10/9/13; Doc. No. 670) is DENIED as MOOT.**

**ORDER:** **Government's Motion For Sentencing Reduction Under The Provisions Of §5K1.1, U.S. Sentencing Guidelines, But Not Also Under title 18, United States Code, Section 3553(e) [Filed 10/9/13; Doc. No. 671] is GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:54 a.m.** **Court in recess.**

Total Time:23 minutes.
Hearing concluded.